**Opinion issued December 12, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00577-CV

————————————

## MOHAMAD K. JRAB, Appellant

## V.

## JOHNSTON, LLC, JOSEPH ALAN JOHNSTON, JR., Appellees

On Appeal from the 164th District Court
Harris County, Texas
Trial Court Case No. 2018-05793

## MEMORANDUM OPINION

Appellant, Mohamad K. Jrab, and Appellees, Johnston, LLC, and Joseph Alan Johnston Jr., have filed letters notifying this Court that "the parties have settled the underlying dispute in full at mediation[.]" The Clerk of this Court issued a notice of

intent to dismiss for want of jurisdiction, and ten days have passed with no response. *See* TEX. R. APP. P. 42.3(a).

Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Goodman, and Countiss.